| | |
|---|---|
| **COURTROOM MINUTES**: | Clerk, U.S. District Court |
| The Honorable Stephen Wm Smith Presiding | Southern District of Texas |
| Deputy Clerk: Jason Marchand | Filed |
| | 8-9-2017 |
| Interpreter Present? ☐ Yes ■ No   ERO   S. Guevara | David J. Bradley, Clerk |
| USPT/USPO  C. McMurray-Thompkins | OPEN  10:25 a   ADJOURN  11:05 a |
| | 11:16 a               12:02 p |
| | 1:33 p                 3:23 p |
| | 3:36 p                 4:46 p |

☐ OTHER DISTRICT    ☐ DIVISION             THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance        ☐ Counsel Determination Hearing        ☐ Status Hearing
☐ Bond Hearing              ☐ Identity                             ☐ Hearing Continued on_____
■ Detention Hearing         ■ Preliminary Hearing                  ☐ Other_____

CASE NUMBER   ☐ CR  ■ MJ   17-1276M   Defendant #   1-5, 7, 8

AUSA   Richard Hanes , Heather Winter

| Defendants | Attorneys |
|---|---|
| Walter Freeman Jordan - 1 | Neal Davis III (A) - 1 |
| Jaylen Christine Loring - 2 | Andrew Wheeler ( R) - 2 |
| Daryl Carlton Anderson - 3 | Lori Botello (A) - 3 |
| Deandre Bendard Santee - 4 | Brent Mayr (A) - 4 |
| Johnathon Nico Wise -5 | Tate Williams (A) - 5 |
| Zelmer Samuel Bonner - 7 | Trent Gaither (A) - 7 |
| Derrick Eugene Delane - 8 | James Ardoing (A) - 8 |

☐ Date of arrest_____        ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                            Violation of   ☐ Supervised Release ☐ Pretrial Release  ☐ Probation

■ Defendants ☐ Material Witness appeared       ■ with   ☐ without counsel

☐ Defendant requests appointed counsel.              ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender           ☐ Order appointing private counsel to follow.
   Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant  2     bond set   ☐ Cash ☐ Surety ☐ P/R ■ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
■ Defendant(s)  2   advised of conditions of release
■ BOND EXECUTED  ☐ Defendant _____Released
☐ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)_____
■ Order of Detention Pending Trial entered as to Defendant(s)  1, 3,4, 5, 7 .
☐ Bond Continued              ☐ Bond reinstated         ☐ Bond Revoked
■ Defendant   1-5, 7,         remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
■ Court finds: ■ Probable Cause-  Defendants 1-5, 7      ☐ Identity

    Probable cause not found against Defendant 8; Defendant 8 to be released.